UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY LAO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00911-EPG (PC)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>(ECF No. 6) |

Darney Ray White ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on July 5, 2018. (ECF No. 1). On July 17, 2018, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 6).

Federal Rule of Civil Procedure 15(a)(1) provides: "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Here, the complaint has not been served nor has a responsive pleading been served. In addition, Plaintiff has not previously amended his complaint. Thus, Plaintiff may file an amended complaint once as a matter of course.

\\\
\\\
\\\

1

Accordingly, the motion for leave to file an amended complaint, (ECF No. 6), is granted. Plaintiff may file an amended complaint within sixty (60) days after service of this order. If Plaintiff fails to file an amended complaint within the sixty-day period, the Court will screen the complaint in due course as required by 28 U.S.C. §§ 1915 and 1915A.

IT IS SO ORDERED.

Dated: **July 19, 2018**

/s/ Eric P. Grosj[illegible]
UNITED STATES MAGISTRATE JUDGE