# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPUTY LAO, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00911-EPG (PC)<br><br>**REQUEST FOR FRESNO COUNTY SHERIFF'S OFFICE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>(ECF No. 10)<br><br>**ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION TO COMPEL (ECF NO. 10) TO FRESNO COUNTY SHERIFF'S OFFICE AND THE FRESNO COUNTY COUNSEL**<br><br>**FOURTEEN (14) DAY DEADLINE** |

Darney Ray White ("Plaintiff"), a prisoner in the custody of the Fresno County Sheriff's Office, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on July 5, 2018. (ECF No. 1). On July 17, 2018, Plaintiff filed a motion for leave to file an amended complaint, (ECF No. 6), which the Court granted on July 20, 2018, (ECF No. 7).

On August 9, 2018, Plaintiff filed a motion to compel the Fresno County Sheriff's Office to allow him access to Fresno County Jail's law library. (ECF No. 10). Plaintiff states that he has requested access to the law library research kiosk, but has been denied access and instructed to produce an Order to Show Cause or request for an informal response from a court. *Id.*

Plaintiff has been granted leave to file an amended complaint and may need access to

legal research materials to draft his first amended complaint. Therefore, while the complaint has not yet been screened and no defendant has been served in this action, the Court will request a response to the motion to compel from Fresno County Sheriff's Office regarding the denial of legal research access.[1]

Accordingly, the Court requests that, within fourteen (14) days from the date of service of this order, Fresno County Sheriff's Office file a response to the motion to compel, (ECF No. 10).

Additionally, IT IS HEREBY ORDERED that the Clerk of Court is directed to serve Fresno County Sheriff's Office and the Fresno County Counsel with a copy of this order and a copy of the motion to compel.

IT IS SO ORDERED.

Dated: **August 10, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] *In re Arizona*, 528 F.3d 652, 659 (9th Cir. 2008) ("As a permissible option within its broad discretion, a district court in an appropriate case can issue a Martinez-style order that is reasonably tailored to the pretrial needs of the district court to assess the case.").