UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY LAO, et al.,<br><br>    Defendants. | No. 1:18-cv-00911-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 20) |

Plaintiff Darney Ray White, a prisoner in the custody of the Fresno County Sheriff's Office, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2018, the assigned magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's claim of excessive force against Deputy Lao and Deputy Gonzalez. (Doc. No. 20.) Those findings and recommendations were served on plaintiff, and contained notice that any objections thereto were to be filed within twenty-one days from the date of service. (*Id.* at 7.) To date, no objections have been filed, and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the undersigned finds the

1

findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued December 5, 2018 (Doc. No. 20) are adopted in full;
2. This action shall proceed only on plaintiff's claim of excessive force against defendants Deputy Lao and Deputy Gonzalez;
3. All other claims and defendants are dismissed; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **March 15, 2019**

UNITED STATES DISTRICT JUDGE